IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALVIN D. ROBINSON, )<br>)<br>     Plaintiff, )<br>)<br>  v. )<br>)<br>GUILFORD COUNTY SHERIFF'S )<br>OFFICE, and DANNY H. ROGERS, )<br>individually and in his )<br>capacity as Sheriff of Guilford )<br>County, )<br>)<br>     Defendants. ) | 1:23-cv-87 |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (Doc. 16), is converted into a Motion for Summary Judgment and is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Voluntary Dismissal Without Prejudice, (Doc. 29), is **DENIED** and this action is hereby **DISMISSED WITH PREJUDICE**.

This the 19th day of December, 2025.

                                                      /s/ William L. Osteen, Jr.
                                                    United States District Judge